UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHANNAN BAUMAN,<br><br>　　　　　Defendant. | Criminal Case No. 08CR4230-L<br><br>ORDER FINDING EXCLUDABLE TIME UNDER 18 U.S.C. §§ 3161(h)(1)(F) AND 3161(h)(8)(A) AND DESIGNATING CASE COMPLEX UNDER 18 U.S.C. § 3161(h)(8)(B)(ii) |

**JOINT MOTION HAVING BEEN MADE BY ALL PARTIES, IT IS HEREBY ORDERED THAT:**

　　(a)　the time period from January 20, 2009, the date of the oral motion to declare the case complex, until March 23, 2009, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because it constitutes a delay resulting from pretrial motions until the hearing on or other prompt disposition of the motions;

　　(b)　based upon the scope of discovery in this case and the complex nature of the prosecution, conspiracy to commit wire and mail fraud, mail fraud, and wire fraud, fraudulent alteration of money orders, and false statements on tax returns, involving more than 500,000 dollars and over 100 properties, spanning a four-year time period, it is unreasonable to expect adequate preparation for trial within the time limits of 18 U.S.C. § 3161 et seq. Therefore, the Court finds: (1) that this case is complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii); (2) that the failure to grant a continuance would result in the miscarriage of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(i); and (3) that the time period from the January 20, 2009 until March 23, 2009 is excludable under 18 U.S.C.

1  § 3161(h)(8)(A), as the ends of justice served by taking such action outweigh the best interest of the
2  public and the defendant in a speedy trial; and
3      (c)    the March 23, 2009 hearing will be changed from a "motions hearing" to a "status
4  hearing regarding discovery."

6  DATED:  January 23, 2009

_____
M. James Lorenz
United States District Court Judge

2